2023-013697-20 RR

23CV28392

07/13/2023
Payer Amt: $20,000,000


RECEIVED
SEP 01 2023
Office of the City Attorney

RECEIVED
SEP 06 2023
CITY OF PORTLAND
RISK MANAGEMENT

2023 JUL 14 PM 4:23
FILED
FOR MULTNOMAH COUNTY

Plaintiff:
Timothy Hardnett
920 NW Kearney St. Unit. 446
Portland, OR 97209

VS.

Defendant:
City of Portland
1221 SW Fourth Ave.
Fourth Floor, Room 430
Portland, OR 97204

Plaintiff States These Facts:

I requested documents for this particular Civil Matter on June 05, 2023 from the PPB (Portland Police Bureau) Records Department, reference number (S287132-060523). A return email was sent on July 11 2023 stating: "The document that you requested is past the retention schedule date and has been destroyed. No documents exist responsive to your request. For Police document retention, please see the City's retention schedule here:" https://www.portland.gov/archives/retention-schedules. This being the case, Multnomah County Circuit Courts may have to subpoena detectives from the Northeast Police Precinct. I also requested a memo from the Portland City Hall on or around July 10, 2023, who then my mother Jean Loretta Hardnett left a memo in regards to this incident.

(Let's keep in mind I'm 16 years old, at the time of this illegal and biased unlawful act.)

Summer of 1994 or 1995, not sure of the actual time frame because of destroyed documents. Looking outside the window of my residence facing south looking towards Beech St., I noticed an unmarked car sitting outside of my home, 3727 NE 12th Ave., Portland, OR 97212 for I would say approximately an hour or so.

   Finally I received a knock at the door. Two detectives who said they were from (PPB), were there because of an investigation for an illegal marijuana growing operation in the basement. My reply was: "I go to Cleveland High School! You know the Civic Stadium downtown? I play my home games there!" Was the first thing that came to mind, because at this time, the love that I had for playing football outweighed jeopardizing my integrity and morale for something so minimal. "Not just that, my mother works for Multnomah County (Southeast Denture Clinic), and also she's in the National Guards (Troop Command Brigade), based in Lake Oswego, OR.
I then asked them if they thought my mother would ever let me do that? Before they could even say anything I told them, "why don't you just come in and take a look, so you can see for

Exhibit 1
Page 1 of 10

yourself and remove me from the system." The reply was something on the lines of, if you don't mind that would be great.

No search warrant was presented whatsoever! And don't you think that detectives from the PPB would ask if my parents were home, someone over 18, or would come at a time when they were?

To get to the basement we walk through the living room, dining room, and kitchen. The two detectives got downstairs, looked all around, and didn't see the marijuana growing operation. If I can describe the looks on their faces, looking at someone 16 years old appalled, who handled the situation being twice that age. It would be a look of embarrassment, shame, and guilt.

Years prior I went to Jesuit High School, where I was expelled permanently for a gram or so of marijuana, owned up to it and had moved on. The Oregonian Newspaper had a small article about the incident, not using my name. Although this is irrelevant in court because it doesn't pertain to this particular Civil Suit. There was no other situation I'd encountered beforehand that would strike an investigation.

*Violation of the constitutions 4th amendment which protects personal privacy and every citizen's right to be free from unreasonable government intrusion into their persons, homes, businesses, and property -- whether through police stops of citizens on the street, arrests, or searches of homes and businesses.

*ORS 133.565 Contents of search warrant: A search warrant shall be dated and shall be addressed to and authorize its execution by an officer authorized by law to execute search warrants. The warrant shall state, or describe....[1973 c.836 §85]

*The "discovery rule" is an exception to the statute of limitations that extends the deadline for filing a case based on the time it took to discover your injury, condition, or damages, or the time it took to reveal the misconduct or bad acts that give rise to your suit.

*This has caused a great deal of untrust, pain, discrimination, sadness, etc. With the facts stated, along with the punitive damage this caused. I'm asking for $20,000,000, which I feel is fair and just. Your prompt response in this matter would be appreciated before next steps in the legal process.

*Contacted Independent Police Review on July 15, 2023 for next steps in bringing criminal charges individually against all who were responsible.

July 14, 2023
Truly,
Timothy Hardnett Sr.

Exhibit 1
Page 2 of 10



Exhibit 1
Page 3 of 10


Exhibit 1
Page 4 of 10

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __Multnomah__

**23CV28392**

Timothy Hardnett Sr.
_____
Plaintiff

v.

City of Portland
_____
Defendant

Case No: _____

**CERTIFICATE OF SERVICE**
(ORCP 7D(2))
☐ (a) Personal Service
☐ (b) Substitute Service
☐ (c) Office Service
☒ (d) Service by Mail

I, (name) __Timothy Hardnett Sr.__, declare that I am a resident of the state of __Oregon__. I am a competent person 18 years of age or older and not a party to or **lawyer** in this case. I certify that the person served is the person named below.

I served true copies of the original *Petition*, *Claim*, or *Complaint* and *Summons* (with attached notices of mediation and other information provided by the court clerk) and: *(name any additional forms served)* __NA__

by (check a, b, c, or d and complete all information):

    (a) ☐ **Personal Service** on *(date)*_____, at _____ a.m./p.m., to {☐ Plaintiff ☐ Defendant } _____ *(name)* in person at the following address _____ in the County of ____ _____, State of _____.

    (b) ☐ **Substitute Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the following address _____ in the County of _____, State of _____. Delivered to *(name)* _____ _____, who is a person age 14 or older and who lives there.
*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(b). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

    ☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant _____ _____*(name)*, at the party's home address listed above, together with a statement of the date, time and place that the documents were hand-delivered to the party's dwelling (residence).

    (c) ☐ **Office Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the office of the party to be served, located at: _____ _____ *(address)*, during normal working hours for that office, where I left the documents with _____*(name)*, who is a person apparently in charge, to give the documents to the party to be served.

Certificate of Service
Page 1 of 2

**OJD OFFICIAL**
*(Feb 2022)*

**Exhibit 1**
**Page 5 of 10**

_Verified Correct Copy of Original 8/22/2023._

*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(c). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant *(name)* _____ _____, at the party's: ☐ home address at: _____ _____, **OR** ☐ business address above, together with a statement of the date, time and place that the documents were hand-delivered to the party's office.

(d) ☒ **Service by Mail, Return Receipt Requested** on *(date)* 08/15/2023. I personally deposited **two** true copies with the U.S. Postal Service. **One** by first class mail, and the **other** by certified or registered mail, Return Receipt Requested, or by express mail, postage paid, addressed to the party to be served: ☐ Plaintiff ☒ Defendant  City Hall (PDX) *(name)*, at the party's home address located at: 1221 S.W. 4th Ave. #110 PDX, OR 97204 *(address)*. *(NOTE: If mailed Return Receipt Requested, the return receipt must be attached to this Certificate of Service.)*

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

08/21/2023
Date

[signature]
Signature of Server

Timothy Hardnett Sr.
Print Name

*If person serving is NOT a sheriff or sheriff's deputy, address and phone number of server:*

Certificate of Service
Page 2 of 2

**OJD OFFICIAL**
*(Feb 2022)*

**Exhibit 1
Page 6 of 10**

_Verified Correct Copy of Original 8/22/2023._



7022 3330 0002 0038 1176

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Portland, OR 97204

Certified Mail Fee $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.66

Total Postage and Fees $5.01

Sent To  City Hall
Street and Apt. No., or PO Box No.  1221 SW 4th Ave #110
City, State, ZIP+4  PDX OR 97204

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — PORTLAND MAIN — AUG 5 2023

Exhibit 1
Page 7 of 10

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __Multnomah__

**23CV28392**

Timothy Hardnett Sr.
_____ Plaintiff

v.

City of Portland
_____ Defendant

Case No: _____

**CERTIFICATE OF SERVICE**
(ORCP 7D(2))
☒ (a) Personal Service
☐ (b) Substitute Service
☐ (c) Office Service
☐ (d) Service by Mail

FILED SEP 21 2023 4th Judicial District

_Verified Correct Copy of Original 9/21/2023._

I, (name) __Tahjiyah Hardnett__, declare that I am a resident of the state of __Oregon__. I am a competent person 18 years of age or older and not a party to or lawyer in this case. I certify that the person served is the person named below.

I served true copies of the original *Petition, Claim,* or *Complaint* and *Summons* (with attached notices of mediation and other information provided by the court clerk) and: *(name any additional forms served)* _____

by (check a, b, c, or d and complete all information):

(a) ☒ **Personal Service** on *(date)* __09/20/2023__, at __3:31__ a.m./p.m., to {☐ Plaintiff ☒ Defendant } __City of Portland__ *(name)* in person at the following address __1221 SW 4th Ave, Suite 430 Portland OR__ in the County of __Multnomah__, State of __Oregon__.  97204

(b) ☐ **Substitute Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the following address _____
in the County of _____, State of _____ . Delivered to *(name)*_____
_____, who is a person age 14 or older and who lives there.
*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(b). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant _____
_____*(name)*, at the party's home address listed above, together with a statement of the date, time and place that the documents were hand-delivered to the party's dwelling (residence).

(c) ☐ **Office Service** on *(date)*_____, at _____ a.m./p.m., by delivering them to the office of the party to be served, located at: _____
_____ *(address)*, during normal working hours for that office, where I left the documents with _____*(name)*, who is a person apparently in charge, to give the documents to the party to be served.

Certificate of Service
Page 1 of 2

OJD OFFICIAL
*(Feb 2022)*

Exhibit 1
Page 8 of 10

_Verified Correct Copy of Original 9/21/2023._

*(Complete the section below only if the server also did the follow-up mailing required by ORCP 7D(2)(c). If a person other than the server did the follow-up mailing, that person must complete a separate Certificate of Service Mailing.)*

☐ On *(date)*_____, I personally deposited a true copy of the same documents served with the U.S. Postal Service, via first class mail, in a sealed envelope, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant *(name)* _____ _____, at the party's: ☐ home address at: _____ _____, **OR** ☐ business address above, together with a statement of the date, time and place that the documents were hand-delivered to the party's office.

(d) ☐ **Service by Mail, Return Receipt Requested** on *(date)*_____, I personally deposited **two** true copies with the U.S. Postal Service. **One** by first class mail, and the **other** by certified or registered mail, Return Receipt Requested, or by express mail, postage paid, addressed to the party to be served: ☐ Plaintiff ☐ Defendant _____ *(name)*, at the party's home address located at:_____ _____*(address). (NOTE: If mailed Return Receipt Requested, the return receipt must be attached to this Certificate of Service.)*

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.**

09/21/2023
Date

*Taliyah Hardnett*
Signature of Server

*Taliyah Hardnett*
Print Name

*If person serving is NOT a sheriff or sheriff's deputy, address and phone number of server:*

5256 NE 73rd Portland, OR 97218
971.732.6533

Certificate of Service
Page **2** of **2**

**OJD OFFICIAL**
*(Feb 2022)*

**Exhibit 1**
**Page 9 of 10**

Case 3:23-cv-01419-JR   Document 1-1   Filed 09/29/23   Page 10 of 10

Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search  Back

Location : All Locations   Images Help

# REGISTER OF ACTIONS
## CASE NO. 23CV28392

| | | |
|---|---|---|
| **Timothy Hardnett, Sr vs City of Portland** | § § § § § | Case Type: **Tort - General**<br>Date Filed: **07/14/2023**<br>Location: **Multnomah** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **City of Portland**<br>1221 SW Fourth Ave rm 430<br>Portland, OR 97204 | |
| **Plaintiff** | **Hardnett, Timothy, Sr**<br>920 NW Kearney St Unit 446<br>Portland, OR 97204 | **Pro Se** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 07/14/2023 | **Application - Fee Deferral Waiver**<br>fees waived<br>Created: 07/14/2023 4:20 PM |
| 07/14/2023 | **Order - Fee Waiver** (Judicial Officer: Authority, Administrative )<br>Signed:  07/14/2023<br>Created: 07/14/2023 4:20 PM |
| 07/14/2023 | **Complaint**<br>Damages; Not Subject to Mandatory Arbitration<br>Created: 07/18/2023 8:15 AM |
| 07/14/2023 | **Service**<br>  City of Portland       Served       09/20/2023<br>                       Returned     09/21/2023<br>Created: 07/18/2023 8:15 AM |
| 08/21/2023 | **Affidavit/Declaration - Mailing**<br>upon "PDX CityHall"<br>Created: 08/22/2023 4:18 PM |
| 09/21/2023 | **Proof - Service**<br>Created: 09/22/2023 9:29 AM |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| **Plaintiff** Hardnett, Timothy, Sr | |
| Total Financial Assessment | 331.00 |
| Total Payments and Credits | 331.00 |
| **Balance Due as of 09/29/2023** | **0.00** |
| | |
| 07/14/2023  Transaction Assessment | 281.00 |
| 07/14/2023  Waiver | (281.00) |
| 07/14/2023  Transaction Assessment | 50.00 |
| 07/14/2023  Waiver | (50.00) |

Exhibit 1
Page 10 of 10